IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| ROBERT JACOBY, | ) |
| Plaintiff, | ) Case No. 1:10-CV-03075-CL |
| v. | ) ORDER TO LIFT STAY AND FOR |
| | ) DISMISSAL OF CLAIMS AND |
| BLITZ U.S.A., INC., | ) DISCHARGE OF CONTRIBUTION |
| WAL-MART STORES, INC., and | ) LIABILITY AGAINST DISCOVERY |
| DISCOVERY PLASTICS, L.L.C., | ) PLASTICS, LLC |
| Defendants. | ) |

On April 19, 2013, Defendant Discovery Plastics, LLC's Motion to Lift Stay and for Dismissal of Claims and Discharge of Contribution of Liability against Defendant, Discovery Plastics, LLC came before this Court, the Honorable Mark D. Clarke presiding. The Court, having considered the pleadings filed herein, and being fully advised:

**IT IS SO ORDERED:**

1. The automatic stay upon Defendant Discovery Plastics, as a result of the unrelated bankruptcy of Defendant Blitz, U.S.A., is hereby lifted for the limited purpose of granting this Motion;

2. The settlement and covenants not to sue, not to pursue further and not to seek to enforce a judgment against Discovery Plastics, LLC, reached between Defendant Discovery Plastics, LLC and Plaintiff, were made in good faith;

3. The claims against Defendant Discovery Plastics, LLC only, are dismissed in their entirety with prejudice and with each party to bear their own costs; and

4. Defendant Discovery Plastics, LLC is discharged from any contribution liability to Defendants Wal-Mart Stores, Inc. and Blitz, U.S.A., and any other tortfeasors.

DATED: 5/22/13

_____
Honorable Mark D. Clarke
United States Magistrate Judge

Respectfully submitted,
James A. Wallan, OSB No. 861029
Hornecker, Cowling, Hassen & Heysell LLP
717 Murphy Road
Medford, OR 97504
Telephone: (541) 779-8900
Facsimile: (541) 779-2982
Email: jaw@roguelaw.com
Attorney for Discovery Plastics, LLC